Wayne R. Gross, State Bar No. 138828
 *wgross@ggtriallaw.com*
Evan C. Borges, State Bar No. 128706
 *eborges@ggtriallaw.com*
David M. Stein, State Bar No. 198256
 *dstein@ggtriallaw.com*
Adam M. Sechooler, State Bar No. 293860
 *asechooler@ggtriallaw.com*
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Phone: 949.383.2800
Fax:     949.383.2801

Attorneys for Plaintiff MILLENNIUM DENTAL TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MILLENNIUM DENTAL TECHNOLOGIES, INC., a California Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>DR. ALLEN SCOTT TERRY, D.D.S., an individual; FOTONA, LLC, a Wyoming Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 8:18-cv-00348 DOC-KES<br><br>Assigned for All Purposes to Hon. David O. Carter<br><br>**NOTICE OF SETTLEMENT** |

1     TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND TO THE COURT:

    PLEASE TAKE NOTICE THAT on April 22, 2019 a settlement conference was held before Magistrate Judge Karen E. Scott and the above matter was settled. The parties signed a binding term sheet. The parties endeavor to finalize the agreement and dismiss this case by May 31, 2019.

Dated:  April 30, 2019          Respectfully submitted,

                       GREENBERG GROSS LLP

                       By:     */s/ Evan C. Borges*
                               Evan C. Borges

                       Attorneys for Plaintiff MILLENNIUM DENTAL TECHNOLOGIES, INC.